```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

United States of America,        :

            Plaintiff,           :

     v.                          :    CIVIL NO: 3:00CV1320 (CFD)

Geraldo Sanchez,                 :

            Defendant.           :    March 11, 2005
```

### SATISFACTION OF JUDGMENT

The judgment in the above-captioned case has been paid in full, the Clerk of the United States District Court for the District of Connecticut is hereby authorized and empowered to satisfy and cancel said judgment of record.

        RESPECTFULLY SUBMITTED,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY

        CHRISTINE SCIARRINO
        ATTORNEY BAR NO: CT03393
        ATTORNEY FOR THE DEPARTMENT OF JUSTICE
        UNITED STATES ATTORNEY'S OFFICE
        P. O. BOX 1824
        NEW HAVEN, CT  06508
        TELEPHONE: (203) 821-3700
        FAX: (203) 773-5392
        E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

## **C E R T I F I C A T I O N**

    This is to certify that a copy of the within and foregoing Satisfaction of Judgment was mailed, postage prepaid, on March 11, 2005.

Geraldo Sanchez  
53 Lincoln Street  
Hartford, CT  06106

                                             CHRISTINE SCIARRINO  
                                             ASSISTANT UNITED STATES ATTORNEY